UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. DIAGNOSTICS, INC.,                Plaintiff, <br><br> -v- <br><br> HOME AIDE DIAGNOSTICS, INC., <br><br>                Defendant. | Case No. 08 CV 003 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

U.S. Diagnostics, Inc.                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: December 31, 2007

Signature of Attorney

**Attorney Bar Code:** SH-0883

Form Rule7_1.pdf   SDNY Web 10/2007