USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

**SOFER IN LAW, P.C.**
(A PROFESSIONAL CORPORATION)

ATTORNEYS AT LAW

24 WOODBINE AVENUE

SUITE 4

NORTHPORT, NEW YORK 11768

TEL (631) 757-8400
FAX (631) 757-8404
WWW.KINGOFIP.COM

RECEIVED
MAR 2 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

March 12, 2008

*Via fax: 212-805-7901*
The Honorable Harold Baer, Jr.
District Court Judge
Daniel Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007-1312

Re: **U.S. Diagnostics, Inc. v. Home Aide Diagnostics, 08-CV-003**

Dear Judge Baer:

We represent defendant, Home Aide Diagnostics, Inc., in the above-referenced matter. A pretrial conference had been scheduled for March 20, 2008 at 3:00 p.m. upon plaintiff's counsel's request for an adjournment of the pretrial conference originally scheduled for March 5, 2008. Unfortunately, we will be unavailable on March 20, 2008 and respectfully request an adjournment to April 3, 2008, which is one of Your Honor's regularly scheduled conference dates. Plaintiff's counsel has stated that he has no objection to this requested adjournment.

A copy of the current docketing statement is attached hereto as required by Rule 1(E) of your Individual Practices.

*[handwritten: April 3 at 3:00PM - be here]*

Respectfully submitted,

SO ORDERED:
[signature] U.S.D.J. 3/17/08

Mitchell A. Stein (MS 1354)

cc: Sanford Hausler, Esq. (By fax)