```
U.S. [handwritten]                          -----X   ELECTRONICALLY FILED
                                              :     DATE FILED: 4/3/08
          against                             :
                                              :     ORDER OF REFERENCE
                                              :     TO A MAGISTRATE JUDGE
 Home Aide Diagnostics, Inc.                  :
                                              :     08 Civ. 0003 (HB) (JCF)
                                              :
-------------------------------------------X
                                                    Frances
```

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ✗ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

___ Specific Non-Dispositive Motion/Dispute:*

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

___ Inquest After Default/Damages Hearing

All such motions: ____

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          April 3, 08

                                    [signature]
                                    United States District Judge

Revised: 8/29/05