Mitchell A. Stein (MS 1354)
STEIN LAW, P.C.
24 Woodbine Avenue, Suite 4
Northport, New York 11768
Tel: (631) 757-8400
Fax: (631) 757-8404
*Attorneys for Defendant, Home Aide Diagnostics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| U.S. DIAGNOSTICS, INC., a New York Corporation, | |
| Plaintiff, | |
| v. | |
| HOME AIDE DIAGNOSTICS, INC., a Florida Corporation, | |
| Defendant; | (Judge Baer) Case No. 08-CV-003 |
| and | |
| HOME AIDE DIAGNOSTICS, INC., a Florida Corporation, | **NOTICE OF APPEARANCE** |
| Counterclaim Plaintiff, | |
| v. | |
| U.S. DIAGNOSTICS, INC., a New York Corporation. | |
| Counterclaim Defendant. | |

-------------------------------------------------------------------------x

     The undersigned counsel for the defendant, Home Aide Diagnostics, Inc., hereby enters an ECF notice of appearance requesting ability to file documents through the ECF system on defendant's behalf.

Dated: May 6, 2008   Respectfully submitted,
      Northport, New York

    /s/
Mitchell A. Stein (MS 1354)
STEIN LAW, P.C.
*Attorneys for Defendant Home Aide Diagnostics, Inc.*
24 Woodbine Avenue, Suite 4
Northport, New York 11768
Tel: (631) 757-8400
Fax: (631) 757-8404
iplawyer@kingofip.com