UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. DIAGNOSTICS, INC., a New York Corporation,  Plaintiff, <br><br> -v- <br><br> HOME AIDE DIAGNOSTICS, INC., a Florida Corporation,  Defendant. | Case No. 08 CVG 003 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Home Aide Diagnostics, Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** May 23, 2008

Signature of Attorney

**Attorney Bar Code:** MS-1354

Form Rule7_1.pdf  SDNY Web 10/2007