Mitchell A. Stein (MS 1354)
STEIN LAW, P.C.
24 Woodbine Avenue, Suite 4
Northport, New York 11768
Tel: (631) 757-8400
Fax: (631) 757-8404
*Attorneys for Home Aide Diagnostics, Inc.*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
U.S. DIAGNOSTICS, INC., a New York Corporation, )
                                               )
                         Plaintiff,            )
                                               )   Case No. 08-CV-003 (HB)
            v.                                 )
                                               )
HOME AIDE DIAGNOSTICS, INC., a Florida         )   **STIPULATION**
Corporation,                                   )
                                               )
                                               )
                         Defendant.            )
-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that defendant's, Home Aide Diagnostic, Inc., time to oppose the pending motion for default is hereby extended to and including Friday, June 20, 2008.

Dated: Northport, New York
       June 18, 2008

COX PADMORE SKOLNIK &                          STEIN LAW, P.C.
SHAKARCHY, LLP

By: _____                  By: _____
Sanford Hausler (SH 0883)                      Mitchell A. Stein (MS 1354)
Attorneys for Plaintiff                        Attorneys for Defendant
630 Third Avenue, 19th Floor                   24 Woodbine Avenue, Suite 4
New York, New York 10017                       Northport, New York 11768
Tel: (212) 953-6633                            Tel: (631) 757-8400

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
6/20/08

STIPULATION                                                              PAGE-1-