UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
U.S. DIAGNOSTICS, INC.,

      Plaintiff,

  -against-

HOME AIDE DIAGNOSTICS, INC.,

      Defendant.
----------------------------------------------------------X

Case No. 08 CV 003
(Judge Baer)

ECF CASE

STIPULATION OF DISMISSAL
WITH PREJUDICE

It is hereby stipulated and agreed by an among the Parties hereto that, pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims and counterclaims, which were asserted or could have been asserted in this action, relating to the trademarks referenced in the Complaint in this action shall be and hereby are dismissed with prejudice and without costs and attorneys' fees as against any party.

Dated: New York, New York
   June 20, 2008

**COX PADMORE SKOLNIK**
 **& SHAKARCHY LLP**
Attorneys for Plaintiff

By: _____
 Sanford Hausler (SH-0883)
 630 Third Avenue
 New York, NY 10017
 (212) 953-6633

**STEIN LAW, P.C.**

Attorneys for Defendant

By: _____
 Mitchell A. Stein (MS-1354)
 24 Woodbine Avenue, Suite 4
 Northport, NY 11768
 (631) 757-8400

SO ORDERED AND APPROVED:

_____
The Honorable

Dated June __, 2008